**Order filed July 24, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00419-CV
_____

**MARY ANN DEMARS AND ROBERT DEMARS, Appellant**

**V.**

**CHIA-SU CHOU & TEH-WEH CHOU, Appellee**

---

**On Appeal from the County Court at Law No 1**
**Fort Bend County, Texas**
**Trial Court Cause No. 01-CCV-020224**

---

## ORDER

According to information provided to this court, appellants have filed a notice of appeal, but have not notified the District Clerk from what judgment they are appealing.

The clerk's record has not been filed in this appeal. The District Clerk has informed this court that appellant did not pay for preparation of the clerk's record. In response to notices from this court, appellants informed this court that they are attempting to appeal without advanced payment of costs.

To determine our jurisdiction over this appeal, and if jurisdiction exists, whether appellant is entitled to proceed without the advance payment of costs, we issue the following order for a partial clerk's record.

We order the Fort Bend County District Clerk to file a partial clerk's record with the clerk of this court on or before **August 25, 2014.** In order that this court may ascertain its jurisdiction over the appeal, the **partial clerk's record** shall contain **(1)** the judgment being appealed; **(2)** any motion for new trial, other post-judgment motion, or request for findings of fact and conclusions of law; and **(3)** the notice of appeal. In addition, the **partial clerk's record** shall contain: **(4)** appellant's affidavit of indigence; **(5)** the contest(s) to the affidavit of indigence, if any; **(6)** the trial court's order ruling on any contest; **(7)** any other documents pertaining to the claim of indigence and the contests thereto.

If any of the above items are not part of the case file, the district clerk is directed to file a partial clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM